973 So.2d 662 (2008)
F.S., a juvenile, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D07-1629.
District Court of Appeal of Florida, Third District.
February 6, 2008.
Bennett H. Brummer, Public Defender, and Marti Rothenberg, Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Nicholas Merlin, Assistant Attorney General, for appellee.
*663 Before GERSTEN, C.J., and COPE, and RAMIREZ, JJ.
PER CURIAM.
Affirmed. § 776.012, § 784.03, Fla. Stat. (2007); R.I. v. State, 561 So.2d 26 (Fla. 3d DCA 1990).